PART II: DIAGNOSIS AND CLASSIFICATION OF INTELLECTUAL DISABILITY

The assessment of intellectual functioning is essential to making a diagnosis of ID, as virtually all historical definitions of ID (formerly mental retardation) make reference to significantly subaverage intellectual functioning as one of the diagnostic criteria. Our three purposes in this chapter are to present discussions of (a) the definition and nature of intelligence, (b) the operational definition of significant limitations in intellectual functioning, and (c) challenging issues and related guidelines regarding the measurement of intelligence and the interpretation of IQ scores.

## DEFINITION AND NATURE OF INTELLIGENCE

Individuals vary in their ability to understand complexities and reason, adapt to the environment, and use thought to solve problems (Neisser et al., 1996). Although reasoning, adaptation, comprehension, and thinking are somewhat descriptive of intelligence, the construct itself has successfully eluded a definition that is acceptable to everyone. Over the past century, three broad conceptual frameworks have been used in an attempt to better define the construct of intelligence: intelligence as a single (i.e., unifactorial) trait; intelligence as a multitrait, hierarchical phenomenon; or intelligence as a multidimensional construct.

### Intelligence as a Single Trait

Because so many of the available measures of cognitive ability were highly correlated, Spearman (1927) concluded that the relationship among these various cognitive ability measures could be described as a single factor of general intelligence (i.e., $g$). Most of the more commonly used individual tests of intelligence, such as the Wechsler family of scales and the Stanford-Binet Intelligence Scale, 4th edition (SBIS-4; Thorndike, Hagen, & Sattler, 1986a), provide metrics of this $g$ factor. Although Thurstone (1938) was initially unable to replicate the results of Spearman's work, he later acknowledged that there was an error in his factor analytic calculations. When this miscalculation was corrected, Thurstone also obtained Spearman's general factor of intelligence (see Carroll, 1997). In general, this general factor framework is currently the most widely accepted conceptualization of intelligence (Gottfredson, 1997).

### Multitrait Hierarchical Phenomenon

Some theorists conceptualize intelligence as a hierarchical structure, with $g$ at the apex, supported by various more specialized cognitive abilities. Carroll (1993) reviewed hundreds of intelligence test factor analysis studies published between the 1920s and the 1990s. His analysis yielded a three strata hierarchical model, with the $g$ factor at the apex of a pyramidal structure. In Carroll's model, there were approximately 60 discrete narrow abilities at the base of the pyramid. These narrow cognitive abilities were highly correlated and were further factor analyzed into the 10 broader abilities that formed the

A-0094

second stratum of the hierarchy. Finally, these 10 broader abilities were submitted to factor analysis, which yielded a single factor of *g*.

## Multiple Intelligences

Critics (e.g., Ceci, 1990; H. Gardner, 1983; Gould, 1978) of the above two conceptual frameworks noted that the reliance on a single metric of intelligence ignores a number of important areas of mental ability. Gardner argued that most tests of intelligence assess only linguistics, logic, and some aspects of spatial intelligence; other forms and types of intelligence are largely ignored. He went on to note that the paper and pencil format of the typical intelligence test further narrows the focus of intelligence testing to those things that lend themselves to paper and pencil testing.

Recent theories of multiple intelligence have proposed anywhere from two to eight types of intelligence (see Cattell, 1963; Das, Naglieri, & Kirby, 1994; H. Gardner, 1983; Greenspan, 1981). A brief summary of the main theories of multiple intelligences follows.

Cattell (1963) and Horn and Cattell (1966) identified two main factors explaining intellectual ability: *crystallized intelligence* (*gc*) and *fluid intelligence* (*gf*). Crystallized intelligence was defined as those more global activities, such as knowledge and information, that were gained by the individual through life experiences and education. Fluid intelligence was explained in reference to abilities in reasoning and memory. Furthermore, Cattell defined *gc* as a stable trait, whereas *gf* may, in fact, decrease with age.

H. Gardner (1983, 1993) posited a theoretical model of multiple intelligences. Initially, his model consisted of seven different intelligences, each tapping distinctive problem-solving and information-processing capabilities and each with its own distinctive developmental trajectory. The original seven intelligences in Gardner's model were linguistic, logical-mathematical, spatial, musical, bodily kinesthetic, interpersonal, and intrapersonal. In 1998, H. Gardner added an eighth independent ability, naturalistic intelligence, to his model. Of Gardner's eight types of intelligence, he claimed that only three (linguistic, logical-mathematical, and spatial) are assessed by contemporary intelligence tests. Gardner (see Chen & Gardner, 1997) advocated for the use of nonstandardized means of assessing the multiple intelligences; he viewed the process as an ongoing one in which personalized assessments in a variety of contexts should be used. The significant criticism remains valid and pertinent that Gardner's multiple intelligences model lacks an empirical base and psychometric validation.

Das et al. (1994) and Naglieri and Das (1997) proposed a four factor model of cognitive processes that underlie intelligence: planning, attention, simultaneous processing, and successive processing. Referred to as the *PASS model*, its origins may be found in the early work of the Russian neurologist Luria. The *planning* process includes self-regulation, analysis and evaluation of situations, and the use of knowledge to solve problems. The *attentional* process involves the regulation of activity, focusing on specific stimuli while inhibiting responses to other less relevant stimuli. *Simultaneous* processing involves the understanding of groupings of stimuli or the identification of commonalities of a

PART II: DIAGNOSIS AND CLASSIFICATION OF INTELLECTUAL DISABILITY

grouping of stimuli. *Successive* processing involves the process of grouping a number of stimuli into a linear series that makes sense.

Sternberg (1988) and Sternberg and Detterman (1986) proposed a three factor model of intelligence that they called the triarchic theory of human intelligence. According to Sternberg (1988), the three fundamental aspects of intelligence are *analytical, creative*, and *practical*. Analytic abilities involve the capacity to analyze and be critical of ideas. Creativity is defined as a person's ability to generate novel ideas that offer a significant contribution, and practical intelligence is an individual's ability to convert ideas into practical application and to convince others of their utility. This sort of distinction between academic and practical intelligence has been offered by a number of theorists (cf. Neisser, 1976). Sternberg has also faced the challenge of developing a metric with which to assess each of his proposed aspects of intelligence; to date no such instrument exists.

Greenspan's (1981) model of multiple intelligences, which has some overlap with Sternberg's triarchic model as well as the current definition of adaptive behavior presented in chapter 5 of this manual, has evolved over time. The tripartite model of intelligence proposed by Greenspan and his colleagues (Greenspan, 1997, 2006b; Greenspan & Love, 1997; Greenspan, Switzky, & Granfield, 1996) defined *intelligence* as being composed of conceptual, practical, and social intelligence. *Conceptual intelligence* is essentially equivalent to the single factor of *g*, although Greenspan (1996, 1997) vehemently opposed the position of using only *g* or a unitary IQ score as representing an individual's intellectual abilities. *Practical intelligence* involves the performance of everyday skills that are typically measured by adaptive behavior scales, with *social intelligence* being defined as an individual's social and interpersonal abilities (e.g., moral judgment, empathy, social skills). Gullibility and credulity have been added as critical elements of social intelligence (Greenspan & Granfield, 1992; Greenspan, Loughlin, & Black, 2001).

In summary, many of the aforementioned theories of multiple intelligences have not been validated via standardized and quantifiable measures. H. Gardner's multiple intelligences, with the exception of some useful application in educational settings, continues to remain theoretical. Sternberg failed in his attempts to develop a measure capable of reliably measuring his triarchical model of intelligence. The Greenspan and Sternberg models face the common challenge of operationalizing tasks to quantify the constructs of their tripartite models, particularly in the area of social intelligence.

A single dimension of intelligence continues to garner the most support within the scientific community (Carroll, 1997; Gottfredson, 1997; Hernstein & Murray, 1994). Thus, until such measures of multiple intelligences can be assessed reliably and validly, it is the position of AAIDD that intellectual functioning (as defined at the beginning of this chapter) is best conceptualized and captured by a general factor of intelligence (*g*).

A-0096

## SIGNIFICANT LIMITATIONS IN INTELLECTUAL FUNCTIONING: OPERATIONAL DEFINITION

In this *Manual*, and consistent with the 2002 *Manual* (Luckasson et al., 2002), the intellectual functioning criterion for a diagnosis of ID is approximately two standard deviations below the mean, considering the standard error of measurement for the specific assessment instruments used and the strengths and limitations of the instruments. In reference to this operational definition of significant limitations, consider the following guidance:

- The intent of this definition is not to specify a hard and fast cutoff point/score for meeting the significant limitations in intellectual functioning criterion of ID. Rather, one needs to use clinical judgment in interpreting the obtained score in reference to the test's standard error of measurement, the assessment instrument's strengths and limitations, and other factors such as practice effects, fatigue effects, and age of norms used (see following section). In addition, significant limitations in intellectual functioning is only one of the three criteria used to establish a diagnosis of ID.
- The use of "approximately" reflects the role of clinical judgment in weighing the factors that contribute to the validity and precision of a decision. The term also addresses statistical error and uncertainty inherent in any assessment of human behavior. In that regard, the decision-making process cannot be viewed as only a statistical calculation.

## CHALLENGING ISSUES AND RELATED GUIDELINES REGARDING THE MEASUREMENT OF INTELLIGENCE AND THE INTERPRETATION OF IQ SCORES

Just as defining intelligence has proven to be a challenging task, measuring or quantifying intelligence is equally difficult. It is important to note that IQ scores derived from an intelligence test are now developed on the basis of a deviation (from the mean) score and not on the older conception of mental age. Thus, in reference to the significant limitations in intellectual functioning criterion for a diagnosis of ID, a valid diagnosis of ID is based on how far the person's score deviates from the mean on the respective standardized assessment instrument and *not* on the ratio of mental age to chronological age.

There are a number of challenges and psychometric issues related to the measurement of intelligence and the interpretation of IQ scores. Although one potentially can take comfort from the fact that intelligence tests generally have good reliability and have demonstrated validity for some purposes, the typical intelligence test is not without psychometric challenges. In that regard, in this section of the chapter, we discuss 10 challenges and related guidelines regarding the measurement of intelligence and the interpretation of IQ scores: measurement error, test fairness, the Flynn Effect, comparability of scores from different tests, practice effect, the utility of scores at the extreme ends of a distribution,

PART II: DIAGNOSIS AND CLASSIFICATION OF INTELLECTUAL DISABILITY

determining a cutoff score, evaluating the role that an IQ score plays in making a diagnosis, assessor credentials, and test selection.

## Measurement Error

The results of any psychometric assessment must be evaluated in terms of the accuracy of the instrument used and such is the case with the assessment of intelligence. An IQ score is subject to variability as a function of a number of potential sources of error, including variations in test performance, examiner's behavior, cooperation of test taker, and other personal and environmental factors. Thus, variation in scores may or may not represent the individual's actual or true level of intellectual functioning. The term *standard error of measurement*, which varies by test, subgroup, and age group, is used to quantify this variability and provide a stated statistical confidence interval within which the person's true score falls.

For well-standardized measures of general intellectual functioning, the standard error of measurement is approximately 3 to 5 points. As reported in the respective test's standardization manual, the test's standard error of measurement can be used to establish a statistical confidence interval around the obtained score. From the properties of the normal curve, a range of confidence can be established with parameters of at least one standard error of measurement (i.e., scores of about 66 to 74, 66% probability) or parameters of two standard error of measurement (i.e., scores of about 62 to 78, 95% probability).

Understanding and addressing the test's standard error of measurement is a critical consideration that must be part of any decision concerning a diagnosis of ID that is based, in part, on significant limitations in intellectual functioning. Both AAIDD and the American Psychiatric Association (2000) support the best practice of reporting an IQ score with an associated confidence interval. Both systems rely on the reported standard error of measurement that is derived from the standard deviation of the test and a measure of the test's reliability. Currently, the prevailing best practice standard in test construction, reporting, and interpretation is to use internal consistency measures of reliability (along with the test's standard deviation) to estimate a standard error of measurement. Reporting an IQ score with an associated confidence interval is a critical consideration underlying the appropriate use of intelligence tests and best practices; such reporting must be a part of any decision concerning the diagnosis of ID.

## Test Fairness

There are at least two areas in which test fairness may be of particular concern. The first is when tests requiring a verbal response are employed with individuals who have severely limited verbal abilities. In these situations, the test score may underestimate their level of intellectual functioning. The second area involves individuals of diverse ethnicity or culture, who may achieve markedly different results. Readers are referred to chapters 3 and 8 for a discussion of guidelines regarding test selection and test fairness.

A-0098

## The Flynn Effect

Flynn's research (1984, 1987, 2006, 2007) as well as that of others (e.g., Kanaya, Scullin, & Ceci, 2003; Scullin, 2006) found that IQ scores have been increasing from one generation to the next in the United States as well as in all other developed countries for which IQ data are available. This increase in IQ scores over time was called the *Flynn Effect* by Hernstein and Murray (1994). The Flynn Effect refers to the observation (Flynn, 1984) that every restandardization sample for a major intelligence test (e.g., SBIS-4 and Wechsler) from 1932 through 1978 resulted in a mean IQ that tended to increase over time. Flynn (1987) reported that this effect was also observed in samples from other countries. Although the cause of this effect is unknown, Neisser et al. (1996) suggested that potential factors might well be improved nutrition, cultural changes, testing experience, changes in schooling, and changes in child-rearing practices.

The Flynn Effect raises potential challenges for the diagnosis of ID (Kanaya et al., 2003). Because Flynn (1984) reported that mean IQ increases about 0.33 points per year, some investigators (e.g., Flynn, 2006) have suggested that any obtained IQ score should be adjusted 0.33 points for each year the test was administered after the standardization was completed. For example, if the Wechsler Adult Intelligence Scale (WAIS-III; 1997) was used to assess an individual's IQ in July 2005, the population mean on the WAIS-III was set at 100 when it was originally normed in 1995 (published in 1997). However, based on Flynn's data, the population mean on the Full-Scale IQ raises roughly 0.33 points per year; thus the population mean on the WAIS-III Full-Scale IQ corrected for the Flynn Effect would be 103 in 2005 (9 years × 0.33 = 2.9). Hence, using the significant limitations of approximately two standard deviations below the mean, the Full-Scale IQ cutoff would be approximately 73 (plus or minus the standard error of measurement).

There are also data suggesting that the Flynn Effect may not be a purely linear function of time and that the impact of the effect may asymptote or even reverse. Teasdale and Owens (2005), for example, reported on a large sample of Danish males in which the Flynn Effect peaked and subsequently reversed. In a Norwegian sample, Sundet, Barlaug, and Torjussen (2004) reported a slowing and eventual cessation of the Flynn Effect over time. These data would seem to suggest that while the Flynn Effect is evident, how one corrects for it is still a challenging issue.

As discussed in the *User's Guide* (Schalock et al., 2007) that accompanies the 10th edition of this *Manual*, best practices require recognition of a potential Flynn Effect when older editions of an intelligence test (with corresponding older norms) are used in the assessment or interpretation of an IQ score. As suggested in the *User's Guide* (Schalock et al., 2007, pp. 20, 21):

> The main recommendation resulting from this work [regarding the Flynn Effect] is that all intellectual assessment must use a reliable and appropriate individually administered intelligence test. In cases of tests with multiple versions, the most recent version with the most current norms should be used at all times. In cases where a test with aging norms is used, a correction for the age of the norms is warranted.

PART II: DIAGNOSIS AND CLASSIFICATION OF INTELLECTUAL DISABILITY

## Comparability of Scores From Different Tests

Not all scores obtained on intelligence tests given to the same person will be identical. Specifically, IQ scores are not expected to be the same across tests, editions of the same test, or time periods (Evans, 1991). A number of studies have revealed significantly different results from appropriately selected tests. For example, Quereshi and Seitz (1994) reported that the Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI), Wechsler Intelligence Scale for Children-Revised (WISC-R), and the Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R) did not yield the same results when used on young children. Highest IQ scores were obtained on the WPPSI and lowest on the WPPSI-R. The SBIS-4 yielded significantly higher scores (by over 14 points) than did the WISC-R for students with lower IQ scores but yielded significantly lower scores for students with higher IQ scores. The two tests yielded similar scores for students with IQ scores between 70 and 90 (Prewett & Matavich, 1992). Scores on the WISC-III were significantly correlated with scores on the SBIS-4 with a population of students with mild mental retardation, but the average IQ on the WISC-III was 8 points lower (Lukens & Hurrell, 1996). Nelson and Dacey (1999) reported that in a sample of adults who had mild to moderate mental retardation an SBIS will yield a significantly lower score than a Wechsler test. Their results were consistent with earlier work published in the Stanford Binet Technical Manual (Thorndike, Hagen, & Sattler, 1986b).

Users of this *Manual* need to be aware of—and sensitive to—potential differences in scores obtained from two different tests. Sources of variation can result from (a) group versus individually administered tests; (b) the purposes for which the test was administered (e.g., administered initially to measure academic achievement but later used to derive an IQ score); (c) the properties of the test (e.g., using two tests with very disparate standard errors of measurement); (d) nonstandardized administration of the assessment instrument(s); (e) test content across different scales and between different age levels on the same scale; (f) scores obtained on verbal versus nonverbal tests; (g) differences in the standardization samples; (h) changes between different editions of the same scale/test; (i) use of an alternative scale as an individual's chronological age increases; and/or (j) variations in the person's abilities or performance.

## Practice Effect

The *practice effect* refers to gains in IQ scores on tests of intelligence that result from a person being retested on the same instrument. Kaufman (1994) noted that practice effect can occur when the same individual is retested on a similar instrument. For example, the WAIS-III *Manual* presents data showing the artificial increase in IQ scores when the same instrument is readministered within a short time interval. The WAIS-III *Manual* also reports the average increase between administrations with intervals of 2 to 12 weeks (Wechsler, 1997). For this reason, established clinical practice is to avoid administering the same intelligence test within the same year to the same individual because it will often lead to an overestimate of the examinee's true intelligence.

## Extreme Scores

It is generally recognized that a psychometric instrument performs best when used with persons who score within two to three standard deviations of the mean. The diagnosis of ID, however, can involve the assessment of performance at the extreme tail of the IQ distribution (e.g., four to five standard deviations below the mean). Although the *Manuals* for the WISC-IV (Wechsler et al., 2004), WAIS-IV (Wechsler, 2008), and SSIB-4 (Thorndike et al., 1986b) indicate that these instruments can be used to classify ID, all caution about using the respective scale to assess extreme populations, noting that extrapolation was needed to create norm group data for persons who achieve very low scores (such as 25 or below).

We note, in reference to highlighting the fragility of tests for use with individuals who achieve extreme scores, that based on the properties of the normal distribution, the WISC-III standardization sample of 2,200 children would be expected to include only about 50 individuals whose IQ scores fall below 70 across all age groups. If one examines the number of individuals in the normative sample broken down by age strata (5-year-olds, 6-year-olds, etc.) and upon which IQ scores are derived, there may be fewer than three individuals below the cutoff score of 70. Despite these cautions, Sattler (1988) noted the utility of both the Wechsler scales and the SBIS-4 in making the diagnosis of ID. He did, however, mention that neither instrument was designed for use with persons whose test performance yields extremely low or high scores. Although standard practices certainly involve the use of these scales to help in the diagnosis of ID, it must be recognized that extreme scores are more subject to measurement error and are, perhaps, less trustworthy than scores closer to the mean of the test.

This reliance on the interpretation of extreme scores might be of a greater concern if ID were diagnosed solely on the basis of IQ score—which it is not. The three criteria are significant limitations in intellectual functioning, significant limitations in adaptive behavior, and age of onset before age 18. By having the two significant limitations criteria (i.e., significant limitations in intellectual functioning and adaptive behavior, which are given equal consideration) for diagnosing an individual as having ID, there are additional safeguards against falsely identifying an individual as having ID. There are those who would argue that the considerable correlation between IQ scores and adaptive behavior among persons who have ID, in effect, creates a redundant process to ensure better diagnosis. No such safeguards exist, however, for a false negative, a serious problem that demands the field's attention. The problems faced by people who have ID but do not receive the diagnosis of ID can be significant. These individuals are vulnerable to the denial of essential supports and exclusion from eligibility for important protections (see chapter 12).

## Determining a Cutoff Score

The significant limitations in intellectual functioning criterion for a diagnosis of ID is an IQ score of approximately two standard deviations below the mean, considering the

© American Association on Intellectual and Developmental Disabilities

standard error of measurement for the specific instruments used and the instruments' strengths and limitations. It is clear from this significant limitations criterion used in this *Manual* that AAIDD (just as the American Psychiatric Association, 2000) *does not* intend for a fixed cutoff point to be established for making the diagnosis of ID. Both systems (AAIDD and APA) require clinical judgment regarding how to interpret possible measurement error. Although a fixed cutoff for diagnosing an individual as having ID is not intended, and cannot be justified psychometrically, it has become operational in some states (Greenspan & Switzky, 2006). It must be stressed that the diagnosis of ID is intended to reflect a clinical judgment rather than an actuarial determination. A fixed point cutoff score for ID is not psychometrically justifiable. The choice of an intelligence test will be driven by clinical judgment of the most appropriate instrument. The IQ scores obtained from different intelligence tests themselves are not necessarily equivalent. Given that the diagnostic process involves drawing a line of inclusion/exclusion, it is important to use a range as reflected in the test's standard error of measurement.

## Evaluating the Role That an IQ Score Plays in Making a Diagnosis

An IQ score should be reported with confidence intervals rather than a single score. Thus, in evaluating the role that an IQ score plays in making a diagnosis of ID, clinicians should (a) determine what the standard error of measurement is for the particular assessment instrument used, realizing that the standard of measurement is test-specific and is used to establish a statistical confidence interval within which the person's true score falls; (b) interpret the obtained score in reference to the test's standard error of measurement, the assessment instruments' strengths and limitations, and other factors (such as practice effect, fatigue effects, and age or norms used) that determine the size of the error involved in estimating the person's true score; (c) determine whether the assessment process was consistent with the first two assumptions of the definition of ID (see p. 1); (d) use an assessment process based on research-based knowledge, professional ethics, and professional standards (see chapter 8); and (e) assure that within reporting, standard error of measurement is properly addressed.

As discussed in reference to the operational definition of significant limitations in intellectual functioning, the intent of using approximately two standard deviations below the mean is to reflect the role of clinical judgment in weighing the factors that contribute to the validity and precision of a diagnostic decision. The term *approximately* also addresses statistical error and uncertainty inherent in any assessment of human behavior. In that regard, the diagnostic decision-making process cannot be viewed as only a statistical calculation.

## Assessor Credentials

The assessment of intellectual functioning is a task that requires specialized professional training. Assessment data should be reported by an examiner experienced with people who have ID; who is qualified in terms of professional and state regulations; and who has

# CHAPTER 5

## ADAPTIVE BEHAVIOR AND ITS ASSESSMENT

> Adaptive behavior is the collection of conceptual, social, and practical skills that have been learned and are performed by people in their everyday lives.
>
> **For the diagnosis of intellectual disability**, significant limitations in adaptive behavior should be established through the use of standardized measures normed on the general population, including people with disabilities and people without disabilities. On these standardized measures, significant limitations in adaptive behavior are operationally defined as performance that is approximately two standard deviations below the mean of either (a) one of the following three types of adaptive behavior: conceptual, social, or practical or (b) an overall score on a standardized measure of conceptual, social, and practical skills. The assessment instrument's standard error of measurement must be considered when interpreting the individual's obtained scores.

## OVERVIEW

The inclusion of the concept of adaptive behavior in the diagnosis of persons with *intellectual disability* (ID) has a long history. Nihira (1999), for example, cited early leaders, such as Itard, Seguin, Voison, and Howe, who referred to signs of ID that included the absence of social competency, a need for skill training, an inability to meet social norms, and difficulty with fending for one's self. Although adaptive behavior did not play a formal role in the diagnosis of ID during the first half of the 20th century, the construct's importance to understanding ID was not completely abandoned. Doll, for example, introduced the Vineland Social Maturity Scale in 1936, an instrument that included 117 items focused on practical skills used in everyday situations.

When the intelligence test, resulting in an IQ score, was introduced in the early 1900s, it was embraced as an efficient and objective means to distinguish individuals with ID from the general population (Scheerenberger, 1983). The intelligence test not only produced a highly reliable score, but because it was normed on the general population, it yielded an unambiguous indicator of how much a person deviated from others. However, dissatisfaction with the IQ score as the sole indicator of ID emerged over time. Among the greatest concerns about intelligence testing was that IQ scores only provided a narrow measure of intellectual functioning related to academic tasks (i.e., linguistic, conceptual,

© American Association on Intellectual and Developmental Disabilities

and mathematical abilities and skills), thus ignoring important aspects of intellectual functioning that included social and practical skills. Also, the perception that IQ scores contributed to misdiagnosing children from poor and minority backgrounds shook people's confidence in using the IQ as the sole diagnostic measure (Reschly, Myers, & Hartel, 2002; Scheerenberger, 1983).

As a result of this dissatisfaction, adaptive behavior reemerged in 1959 as one of the three criteria used to diagnose ID. According to Heber in the AAIDD 1959 *Manual on Terminology and Classification*, "measured intelligence cannot be used as the sole criteria of mental retardation [the term in use then] since intelligence test performances do not always correspond to level of deficiency in total adaptation" (pp. 55–56). *Adaptive behavior* was defined by Heber (1959) as

> the effectiveness with which the individual copes with the nature and social demands of his environment. It has two major facets: the degree to which the individual is able to function and maintain himself independently, and the degree to which he meets satisfactorily the culturally-imposed demands of personal and social responsibility. (p. 61)

Grossman (1973, 1983) reaffirmed the importance of adaptive behavior in the diagnosis of ID. Grossman's (1983) definition of adaptive behavior was "the effectiveness or degree with which individuals meet the standards of personal independence and social responsibility expected for his age and cultural group" (p. 1). The importance of adaptive behavior in the diagnosis of ID has been reaffirmed in each of the successive AAIDD *Terminology and Classification Manuals* (Luckasson et al., 1992, 2002).

Both Heber and Grossman recognized the multidimensionality of adaptive behavior and the influence of culture on the assessment of the construct. Heber conceptualized adaptive behavior as consisting of three primary factors: maturation, learning, and social adjustment. These three domains continue to be part of the most current conceptualization of adaptive behavior but are reframed as practical, conceptual, and social skills.

The consensus, based on considerable published research on the factor structure of adaptive behavior (e.g., Harrison & Oakland, 2003; McGrew, Bruininks, & Johnson, 1996; Thompson, McGrew, & Bruininks, 1999), is that adaptive behavior is multidimensional and includes the following:

- *Conceptual skills*: language; reading and writing; and money, time, and number concepts
- *Social skills*: interpersonal skills, social responsibility, self-esteem, gullibility, naïveté (i.e., wariness), follows rules/obeys laws, avoids being victimized, and social problem solving
- *Practical skills*: activities of daily living (personal care), occupational skills, use of money, safety, health care, travel/transportation, schedules/routines, and use of the telephone

In this chapter we discuss the role that adaptive behavior and its assessment plays in the diagnosis of ID. The seven sections of the chapter are (a) key factors to keep in mind

when reading the chapter, (b) the assessment of adaptive behavior, (c) the use of standard error of measurement in score interpretation, (d) adaptive behavior versus problem behavior, (e) special considerations in the assessment of adaptive behavior, (f) guidelines for selecting an adaptive behavior instrument, and (g) future considerations. Throughout the chapter, adaptive behavior is defined as the collection of conceptual, social, and practical skills that have been learned and are performed by people in their everyday lives. Material included in the chapter regarding assessment guidelines and the technical adequacy of adaptive behavior assessment instruments is based on the published work of Finlay and Lyons (2002), Greenspan (1999, 2006a), Harrison and Raineri (2008), and Reschly et al. (2002).

## KEY FACTORS TO KEEP IN MIND WHEN READING THIS CHAPTER

In this chapter we discuss in more detail the following 10 key factors about adaptive behavior and its assessment that are relevant to a diagnosis of ID:

1. There are three criteria for a diagnosis of ID: significant limitations in intellectual functioning, significant limitations in adaptive behavior, and age of onset before age 18. Adaptive behavior and intellectual functioning should be given equal consideration.
2. Adaptive behavior is a multidomain construct. The domains that have emerged from a long history of factor-analytic studies are consistent with a conceptual model of adaptive behavior that has three general areas of adaptive skills: conceptual, social, and practical.
3. Adaptive behavior as defined in this *Manual* is the collection of conceptual, social, and practical skills that have been learned and are performed by people in their everyday lives.
4. The concept of adaptive skills implies an array of competencies and provides a foundation for three key points: (a) the assessment of adaptive behavior is based on the person's typical (not maximum) performance, (b) adaptive skill limitations often coexist with strengths, and (c) the person's strengths and limitations in adaptive skills should be documented within the context of community and cultural environments typical of the person's age peers and tied to the person's need for individualized supports.
5. Although no existing measure of adaptive behavior completely measures all adaptive behavior skills, most provide domain scores that represent the three domains used in this *Manual*: conceptual, social, and practical. A comprehensive assessment of adaptive behavior will likely include a systematic review of the individual's family history, medical history, school records, employment records (if an adult), other relevant records and information, as well as clinical interviews with a person or persons who know the individual well.

© American Association on Intellectual and Developmental Disabilities

6. For a person with ID, adaptive behavior limitations are generalized across the domains of conceptual, social, and practical skills. However, because subscale scores on adaptive behavior measures are moderately correlated, a generalized deficit is assumed even if the score on only one domain meets the operational criterion of being approximately two standard deviations below the mean. A total score of two standard deviations below the mean from an instrument that measures conceptual, social, and practical skills will also meet the operational definition of a significant limitation in adaptive behavior.

7. It is important to recognize that personal characteristics and environmental factors can present challenges to the assessment of adaptive behavior. These include (a) personal characteristics, such as concurrent sensory, motor, or mental disabilities; fatigue or illness; high anxiety levels; and the person's motivational history of interaction in assessment situations and (b) environmental factors, such as absence of participation in community settings.

8. Problem or maladaptive behavior is not a characteristic or domain of adaptive behavior, although it often influences the acquisition and performance of adaptive skills. The presence of problem behavior(s) is not considered to be a limitation in adaptive behavior, although it may be important in the interpretation of adaptive behavior scores for diagnosis. The distinction between adaptive behavior and problem behavior is discussed later in this chapter.

9. Adaptive behavior must be examined in the context of developmental periods of infancy and early childhood, childhood and early adolescence, late adolescence, and adulthood. A continuing theme is the importance of the developmental relevance of specific skills within the three adaptive areas.

10. It is sometimes necessary to assess the previous functioning of the individual in those situations where a diagnosis of ID becomes relevant. A retrospective diagnosis may be required, for example, when clinicians are involved in determining eligibility for adult rehabilitation services, evaluating individuals for Social Security disability, or evaluating individuals involved in legal processes, such as guardianship petitions, competence determinations, or sentencing eligibility questions. If adaptive behavior assessments are used and reported in the records reviewed, clinicians should weigh the extent to which (a) multiple informants were used and multiple contexts sampled; (b) that limitations in present functioning were considered within the context of community environments typical of the individual's age peers and culture; (c) important social behavioral skills, such as gullibility and naïveté, were assessed; (d) behaviors that are currently viewed as developmentally and socially relevant were included; and (e) adaptive behavior was assessed in reference to typical and actual functioning in the community. The use of previously administered adaptive behavior scales in a retrospective diagnosis should address these five assessment standards.

## ASSESSMENT OF ADAPTIVE BEHAVIOR

### Use Standardized Measures

Significant limitations in adaptive behavior are established through the use of standardized measures and, like intellectual functioning, significant *limitations in adaptive behavior* are operationally defined as performance that is approximately two standard deviations below the population average on one of the three adaptive skills domains of conceptual, social, or practical. In evaluating the role that an adaptive behavior score—as assessed on a standardized measure—plays in making a diagnosis of ID, clinicians should (a) determine the standard error of measurement (see following section) for the particular assessment instrument used, realizing that the standard error of measurement is test-specific and is used to establish a statistical confidence interval within which the person's true score falls and (b) assure that within reporting, standard error of measurement is properly addressed.

### Focus on Typical Performance

The assessment of adaptive behavior focuses on the individual's typical performance and not their best or assumed ability or maximum performance. Thus, what the person typically does, rather than what the individual can do or could do, is assessed when evaluating the individual's adaptive behavior. This is a critical distinction between the assessment of adaptive behavior and the assessment of intellectual functioning, where best or maximal performance is assessed. Individuals with an ID typically demonstrate both strengths and limitations in adaptive behavior. Thus, in the process of diagnosing ID, significant limitations in conceptual, social, or practical adaptive skills is not outweighed by the potential strengths in some adaptive skills.

### Use Knowledgeable Respondents

Using standardized adaptive behavior measures to determine significant limitations in adaptive behavior usually involves obtaining information regarding the individual's adaptive behavior from a person or persons who know the individual well. Generally, individuals who act as respondents should be very familiar with the person and have known him/her for some time and have had the opportunity to observe the person function across community settings and times. Very often, these respondents are parents, older siblings, other family members, teachers, employers, and friends. Parents are often the best respondents available because they have known the individual the longest and observed attainment of developmental milestones, maturation, and the achievement of adaptive behavior skills. Because adaptive behavior assessment relies on third party respondents, it is important for clinicians to assess the reliability of any respondent providing adaptive behavior information. Obtaining information from multiple respondents and other relevant sources (e.g., school records, employment history, previous evaluations) is essential to providing corroborating information that provides a comprehensive picture of the individual's functioning.

## When Standardized Assessments Cannot Be Used

If a standardized assessment measure cannot be used (e.g., if the assessment cannot be reliably administered per the test's recommended administrative procedures or if there are no reliable respondents to provide adaptive behavior information regarding the assessed person), other sources of adaptive behavior information can be used. In these infrequent cases, other information-gathering methods can be employed, such as direct observation (see chapter 8 for guidelines); review of school records, medical records, and previous psychological evaluations; or interviews with individuals who know the person and have had the opportunity to observe the person in the community but may not be able to provide a comprehensive report regarding the individual's adaptive behavior in order to complete a standardized adaptive behavior scale. In reference to any method used, when a standardized adaptive behavior assessment instrument cannot be used, the following guidelines should be followed:

- Use multiple types and sources of information to obtain convergence of information regarding the individual's limitations in comparison to same-age peers.
- Use reasonable caution when weighing qualitative information obtained from respondents, especially in the presence of conflicting information.
- Interpret results obtained from direct observations of adaptive skills with caution because these may not be reflective of the individual's typical behavior and may be a narrow measure of actual adaptive behavior. For example, having the person screw in a light bulb does not fully capture all aspects of the adaptive behavior of identifying when it is time to change a burnt light bulb, what wattage is needed for the replacement bulb, knowing how to get a replacement bulb, and safely accessing an electrical outlet and replacing the light bulb.
- Use clinical judgment (see chapter 8) to guide the evaluation of the reliability of information provided by respondents as well as possible sources of bias (positive or negative).
- Analyze critically all types of information for accuracy and pertinence. One should also consider the comparison group when determining significant limitations. For example, in some special education programs, a grade of *C* denotes something very different in achievement level than a *C* grade given in a general education classroom.

## USE OF STANDARD ERROR OF MEASUREMENT IN SCORE INTERPRETATION

The established procedure in psychological measurement, in which standardized measures are used, is to report results using a statistical confidence interval around the obtained score(s). As discussed in chapter 4, the standard error of measurement, which varies by test, subgroup, and age group, is used to estimate this statistical confidence interval.

For example, the use of plus/minus one standard error of measurement yields a statistical confidence interval (around the obtained score) within which the person's true score will fall 66% of the time; whereas the use of plus/minus two standard error of measurement yields a statistical confidence internal (around the obtained score) in which the person's true score will fall 95% of the time. Thus, an obtained standard score on an adaptive behavior scale should be considered as an approximation that has either a 66% or 95% likelihood of accuracy, depending on the confidence interval used.

## ADAPTIVE BEHAVIOR VERSUS PROBLEM BEHAVIOR

Adaptive behavior is conceptually different from maladaptive or problem behavior, even though many adaptive behavior scales contain assessments of problem behavior, maladaptive behavior, or emotional competence (Thompson et al., 1999). Correlational relationships between domains of adaptive and maladaptive behavior are generally low, $r < 0.25$, with a tendency to be higher in samples of persons with more severe forms of ID (Harrison, 1987). There is general agreement that the presence of clinically significant levels of problem behavior found on adaptive behavior scales does not meet the criterion of significant limitations in adaptive functioning (Greenspan, 1999; Borthwick-Duffy, 2007). Therefore, behaviors that interfere with a person's daily activities, or with the activities of those around him or her, should be considered problem behavior rather than the absence of adaptive behavior. It should also be recognized, however, that the function of inappropriate or maladaptive behavior may be to communicate an individual's needs and, in some cases, may even be considered adaptive. For example, research on the function of behavior problems in persons with severe disabilities (Durand & Crimmins, 1988; Durand & Kishi, 1987) demonstrates that such behavior may be an adaptation judged by others to be undesirable but often represents a response to environmental conditions and, in some cases, a lack of alternative communication skills. In the vast majority of cases, this would not apply to persons with higher levels of intelligence whose diagnosis is in question.

## SPECIAL CONSIDERATIONS IN THE ASSESSMENT OF ADAPTIVE BEHAVIOR

### Selection of Adaptive Behavior Measures

For the purpose of making a diagnosis or ruling out ID, a comprehensive standardized measure of adaptive behavior should be used in making the determination of the individual's current adaptive behavior functioning in relation to the general population. The selected measure should provide robust standard scores across the three domains of adaptive behavior: conceptual, social, and practical adaptive skills. The preferred adaptive behavior instrument should have current norms developed on a representative sample of the general population. The individual's adaptive behavior should be evaluated using

A-0109

PART II: DIAGNOSIS AND CLASSIFICATION OF INTELLECTUAL DISABILITY

multiple respondents and multiple sources of converging data. Relevant archival data may include medical evaluations, school records, prior psychoeducational evaluations, Social Security Administration records, employment history, and family history.

## Technical Adequacy

General issues in the assessment of adaptive behavior derive in large part from those issues that relate to psychological measurement in general (American Educational Research Association, American Psychological Association, and National Council of Measurement in Education, 1999). Therefore, the demonstration of validity, reliability, stability of measures, generalization, prediction, and appropriateness of use are essential technical standards guiding the assessment of adaptive behavior. Although some available scales have been used for many years, longevity alone does not validate a test's results for diagnostic purposes. Many of the available adaptive behavior scales fall short of appropriate standards for norming (Kamphaus, 1987) and clarity of the construct of adaptive behavior (Evans, 1991). On the other hand, several measures have been developed and tested in recent years that do meet the criteria of a good diagnostic assessment instrument. Independent of these scales, a technologically sound adaptive behavior assessment instrument should meet the eight technical standards listed in Table 5.1. New instruments should be evaluated against these eight standards as well.

---

### TABLE 5.1

### Technical Standards for Adaptive Behavior Assessment Instruments

- Focus on identifying significant limitations in adaptive behavior for the diagnosis of ID.

- Assess specific dimensions that have emerged from factor analytic studies of adaptive behavior that have indicated that the three primary areas of adaptive behavior are conceptual, social, and practical skills.

- Include measures of some aspects of adaptive behavior that are not currently measured by existing standardized instruments. These aspects include naïveté, gullibility (i.e., wariness), and technology-based skills.

- Contain items that maximally differentiate between individuals with and without ID

- Use item response theory to reliably measure individual levels of performance across the continuum of adaptive skills and ages, with special attention to providing precise information around the cutoff point for determining significant limitations in adaptive behavior.

- Allow the interviewer to probe further those items whose scoring is influenced by the opportunity to perform the behavior or by cultural factors that influence the behavior's expression.

Intellectual Disability: Definition, Classification, and Systems of Supports

TABLE 5.1 (*continued*)

- Use an interviewer who is a professional (e.g., psychologist, case manager, social worker), one who has training in assessment and direct work experience with people with ID, and one who has had previous assessment experience.

- Use respondents who know the individual being assessed very well and have had the opportunity to observe the person on a daily or weekly basis in a variety of community settings and over an extended period of time. Respondents should be adults and may be selected from family members, friends, teachers, coworkers, employers, direct-support staff, case managers, or other adults who meet the above criteria.

## Appropriateness of Measure for the Individual

Not only must professionals select instruments that are technically adequate, they must also be cautious to select ones designed for the particular individual or group (Harrison & Raineri, 2008). The potential user must employ adaptive behavior assessment instruments that are normed within community environments on individuals who are of the same age grouping as the individual being evaluated. Scales normed primarily on persons in segregated settings, including schools, work, or living arrangements, may have validity limited to those contexts that is useful for programming but are not acceptable for diagnostic purposes.

## Multimethod Approaches to Measurement

Although every effort must be made to select an instrument that is appropriate to the person being assessed, clinicians must recognize that adaptive behavior instruments are imperfect measures of personal competence that distinguish persons with and without ID as they face the everyday demands of life. For example, credulity and gullibility can provide key information for a diagnosis of ID. Greenspan (1981, 1999, 2006a; Greenspan, Loughlin, & Black, 2001) has long argued that the victimization of people with ID, observed in social and economic exploitation, is a central problem in diagnosing ID. Because there are currently no standardized measures that assess adaptive skills related to credulity and gullibility, these characteristics must be considered in the clinical judgment of adaptive behavior limitations.

## Use of Self-Ratings

Self-ratings of individuals—especially those individuals with higher tested IQ scores—may contain a certain degree of bias and should be interpreted with caution when determining an individual's level of adaptive behavior. The following cautions are warranted if self-ratings are used in establishing a diagnosis of ID: (a) persons with higher IQ scores

are more likely to mask their deficits and attempt to look more able and typical than they actually are (Edgerton, 1967); (b) "mental retardation" has been a particularly stigmatizing and pejorative label that leads most individuals with this label to fight hard not to be identified as "MR"; (c) ID is a social status that is closely tied to how a person is perceived by peers, family members, and others in the community; and (d) persons with ID typically have a strong acquiescence bias (Finlay & Lyons, 2002) or a bias to please that might lead to erroneous patterns of responding. Based on these considerations, the authors of this *Manual* caution against relying heavily only on the information obtained from the individual himself or herself when assessing adaptive behavior for the purpose of establishing a diagnosis of ID.

## Individual's Physical Condition and Mental Health

Individuals who exhibit specific sensory, motor, or communicative limitations present special difficulties for accurate assessment. As a consequence, the evaluation of adaptive skills for an individual who may have vision, hearing, or motor impairments frequently becomes a complex process (Meacham, Kline, Stovall, & Sands, 1987). For example, the assessment of individuals with hearing impairments generally requires a nonverbal instrument, whereas the assessment of persons with visual impairments requires measures that do not include object manipulation or cards or pictures. An individual with severe motor limitations may have quite limited voluntary responses and, therefore, may need to respond via an eye scan or blink. Some individuals may exhibit multiple disabilities, thus compounding the task for the assessment specialist. In addition, some may simply lack test-taking skills. As a consequence, they may refuse to stay seated for the duration of an assessment session or may exhibit a high rate of stereotyped or self-stimulatory behavior. Individuals who rely on nonverbal communication may have difficulty making the requisite responses indicated for a given test. Additional problems may include fatigue, low levels of frustration, motivation, noncompliance, limited comprehension of instructions, drowsiness due to medication, and test anxiety (Evans, 1991; Pollingue, 1987). Finally, and significantly, a general principle is that the test results should not be unduly affected by limitations in receptive or expressive language capabilities. Such limitations may cause the test to be a measure of the problem rather than a valid assessment of adaptive skills.

## Identifying Factors That Influence Adaptive Behavior Scores

For purposes of diagnosis, it is also important to identify factors that typically affect the learning or performing of adaptive skills. Some of the more important factors are discussed below.

*Opportunities.* Opportunities to participate in community life must be considered in decisions about significant limitations in adaptive behavior. A person whose opportunities to learn adaptive skills has been restricted in comparison to same-age peers may have acquisition deficits unrelated to ID. For example, a person with ID who has a lower IQ

and who has not been provided opportunities to make purchases is likely to lack the adaptive skills needed for shopping.

*Relevant context/environments.* Adaptive behavior needs to be evaluated in relation to contexts typical of the individual's age peers. However, in some cases, typical behavior is observed in "atypical" environments. This disconnect must be taken into account in the clinical interpretation of scores. A second issue is that in some contexts raters will have no direct information about the individual's typical performance of a specific behavior or a behavior that occurs in another setting. For example, the Adaptive Behavior Assessment System-II (Harrison & Oakland, 2003) allows the respondent the option to "guess" a rating for a specific behavior that might not have been observed directly by the respondent. Thus, the respondent is providing an estimate of the assessed individual's typical behavior based on their knowledge of the person. The reliability of ratings that are not based on personal observation of typical behavior must be evaluated cautiously. In fact, Harrison and Oakland (2003) recommend a cautious interpretation of any domain in which the respondent "guessed" on more than three items.

*Sociocultural considerations.* Clinicians considering a diagnosis of ID must take into account the cultural context of the individual. The key challenges are to describe important sociocultural differences and, subsequently, "to evaluate the individual's status in light of expectations and opportunities for the development of various competencies" (Reschly, 1987, p. 53). Behavioral expectations may differ across cultural groups, along with education and training in adaptive skills. Assessments, therefore, must consider relevant ethnic or cultural factors and expectations (Tassé & Craig, 1999). This issue, which some believe is not relevant for basic behaviors contained on adaptive behavior scales (e.g., persons in all ethnic or socioeconomic groups are expected to perform daily living skills with increasing independence as they get older), has received increasing attention. Because it would be impossible to obtain many standardization samples to represent all cultural variations in the United States, this may need to be dealt with in the clinical interpretation of scores rather than the actual scoring procedure. The authors of this *Manual* also strongly discourage any score corrections that are not part of test procedures that attempt to correct for any cultural or socioeconomic factors that are thought to impact the individual's scores on a standardized adaptive behavior scale. Until firmly supported by empirical evidence, we strongly caution against practices such as those recommended by Denkowski and Denkowski (2008).

## GUIDELINES FOR SELECTING AN ADAPTIVE BEHAVIOR SCALE FOR THE PURPOSE OF DIAGNOSING ID

Table 5.2 summarizes current best practice guidelines for selecting the best adaptive behavior measure for a particular individual or group. These guidelines should be used in conjunction with those guidelines discussed in the two previous sections on "Assessment

TABLE 5.2

**Guidelines for Selecting an Adaptive Behavior Assessment Instrument**

- Select an instrument that is a comprehensive measure of conceptual, social, and practical adaptive behavior skills and is applicable to the population in question. In that regard, one should (a) read the *User's Manual*; (b) review all components of the instrument; (c) consult with colleagues who may have familiarity with the instrument; and (d) search the literature for research on its usage, particularly as related to validation of its use for the particular setting, population, and purpose in question.

- For the purpose of making or ruling out a diagnosis of ID, the instrument must be normed on the general population, including individuals with and without disabilities. The selected instrument's norms should be current.

- Determine, based on the publisher's specifications and state and professional regulations, who is properly trained to administer the instrument (e.g., instruments that require direct interaction with the client require greater expertise than rating scales completed by others, such as teachers or parents).

- Determine that the assessment instrument has acceptable reliability and established validity for its intended purpose. In this regard, one should read reviews of the instrument in manuals such as the *Mental Measurements Yearbook* or *Test Critiques*.

- Determine whether scoring software has been "error-trapped" to prevent the entering of impossible answers or to control for circumstances such as missing data that may yield errors.

of Adaptive Behavior" and "Special Considerations in the Assessment of Adaptive Behavior."

## FUTURE CONSIDERATIONS

Currently, adaptive behavior is defined and measured on the basis of the individual's typical present functioning. The person's performance is then compared to the norm of the general population that contains the individual's same-age peers. In that regard, there is some concern that the construct of adaptive behavior may violate some of the postulates of the normal distribution. It is relatively well accepted in the area of intelligence testing that there is a small but stable proportion of the population that falls more than two standard deviations above the population mean (in the genius range). It is, however, more difficult to ascertain a comparable size group of the general population that is greater than two standard deviations above the population mean on standardized measures of adaptive behavior. It is harder to imagine 2% of the population as geniuses when it comes to adaptive behavior. It is possible that one day we will move away from a normative evaluation and explore other methods of assessment strategies to define significant limitations in adaptive behavior.

54    Intellectual Disability: Definition, Classification, and Systems of Supports

A-0114

There is a growing need for research at the intersection of ID determination and forensic science, especially in relation to the measurement of adaptive behavior of individuals living in prisons and for whom it is challenging to assess their typical present adaptive functioning to meet societal demands in the community. Many professionals rely on a retrospective assessment approach to measure the adaptive behavior of these individuals. In addition, it may be relevant one day to broaden the realm of skills measured on adaptive behavior scales to continually evolve with societal expectations. Any changes in how we define, measure, or interpret adaptive behavior should be driven by empirical findings and sound research.

## SUMMARY

Our purpose in this chapter was to familiarize readers with current knowledge regarding the factor structure of adaptive behavior and key issues involved in the valid assessment of adaptive behavior. As discussed in the chapter, adaptive behavior is defined as the collection of conceptual, social, and practical skills that have been learned and performed by people in their everyday lives. For the diagnosis of ID, significant limitations in adaptive behavior should be established through the use of standardized measures normed on the general population, including people with disabilities and people without disabilities. On these standardized measures, significant limitations in adaptive behavior is approximately two standard deviations below the mean of either (a) one of the following three types of adaptive behavior: conceptual, social, or practical or (b) an overall score on a standardized measure of conceptual, social, and practical skills.

There are three criteria for a diagnosis of ID: significant limitations in intellectual functioning, significant limitations in adaptive behavior, and age of onset before age 18. Since 1959, these three criteria have been given equal consideration in the diagnostic process. Due to the equal consideration of adaptive behavior and intellectual functioning indices in the diagnosis of ID, it is critical that clinicians be familiar with—and employ—the guidelines discussed in this chapter regarding the assessment of adaptive behavior, the use of standard error of measurement in score interpretation, understanding the distinction between adaptive behavior versus problem behavior, important special considerations in the assessment of adaptive behavior, the technical standards regarding adaptive behavior assessment instruments, and the suggested guidelines for selecting an adaptive behavior instrument. As with the assessment of intellectual functioning, clinical judgment is involved in the interpretation of information regarding the assessment of adaptive behavior and the formulation of a valid diagnosis. Readers are referred to chapter 8 for a detailed discussion of clinical judgment strategies that enhance the validity and precision of the clinician's decision or recommendation.