# Inmate Inquiry

 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 98911079 | Current Institution: | Terre Haute - FCC |
| Inmate Name: | BOURGEOIS, ALFRED | Housing Unit: | THP-X-A |
| Report Date: | 08/12/2019 | Living Quarters: | X01-304L |
| Report Time: | 10:33:29 AM | | |

General Information    |    Account Balances    |    Commissary History    |    Commissary Restrictions    |    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2686 |
| PAC #: | 648827588 |
| Revalidation Date: | 4th |
| FRP Participation Status: | No Obligation |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 3/29/2004 |
| Local Account Activation Date: | 11/9/2010 4:22:06 AM |
| Sort Codes: | |
| Last Account Update: | 8/12/2019 6:56:35 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☐ Payroll    ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $245.58 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

| | |
|---|---|
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $245.58 |
| National 6 Months Deposits: | $565.00 |
| National 6 Months Withdrawals: | $445.20 |
| Available Funds to be considered for IFRP Payments: | $115.00 |
| National 6 Months Avg Daily Balance: | $143.10 |
| Local Max. Balance - Prev. 30 Days: | $317.53 |
| Average Balance - Prev. 30 Days: | $278.60 |

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $61.70 |
| YTD Purchases: | $734.25 |
| Last Sales Date: | 8/12/2019 6:56:35 AM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | Yes |
| Spending Limit: | $180.00 |
| Expended Spending Limit: | $61.70 |
| Remaining Spending Limit: | $118.30 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**

UDC #2813425 - 15 DAYS LP ON 2/9/16

# Deposits

| Inmate Reg #: | 98911079 | Current Institution: | Terre Haute - FCC |
| Inmate Name: | BOURGEOIS, ALFRED | Housing Unit: | THP-X-A |
| Report Date: | 08/12/2019 | Living Quarters: | X01-304L |
| Report Time: | 10:33:34 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Sender Last Name | Sender Zip |
| --- | --- | --- | --- | --- | --- |
| 7/25/2019 5:04:41 PM | Western Union | $100.00 | 33319206 | ABREU | 19119 |
| 7/5/2019 8:05:20 PM | Western Union | $200.00 | 33319186 | FERDINANO | 70723 |
| 5/23/2019 5:04:39 PM | Western Union | $100.00 | 33319143 | RUFFIN | 19468 |
| 3/1/2019 4:05:38 PM | Money Gram | $65.00 | 33419060 | PATCHEN | 19106 |
| 2/27/2019 1:06:00 PM | Western Union | $100.00 | 33319058 | RUFFIN | 19468 |
| 11/28/2018 11:04:57 AM | Western Union | $100.00 | 33318332 | ABREU | 19119 |
| 10/15/2018 12:06:01 PM | Western Union | $200.00 | 33318288 | FERDINANO | 70723 |

# Deposits



| | | |
|---|---|---|
| Inmate Reg #: | 98911079 | Current Institution: | Terre Haute - FCC |
| Inmate Name: | BOURGEOIS, ALFRED | Housing Unit: | THP-X-A |
| Report Date: | 08/12/2019 | Living Quarters: | X01-304L |
| Report Time: | 10:33:34 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Sender Last Name | Sender Zip |
|---|---|---|---|---|---|
| 7/25/2019 5:04:41 PM | Western Union | $100.00 | 33319206 | ABREU | 19119 |
| 7/5/2019 8:05:20 PM | Western Union | $200.00 | 33319186 | FERDINANO | 70723 |
| 5/23/2019 5:04:39 PM | Western Union | $100.00 | 33319143 | RUFFIN | 19468 |
| 3/1/2019 4:05:38 PM | Money Gram | $65.00 | 33419060 | PATCHEN | 19106 |
| 2/27/2019 1:06:00 PM | Western Union | $100.00 | 33319058 | RUFFIN | 19468 |
| 11/28/2018 11:04:57 AM | Western Union | $100.00 | 33318332 | ABREU | 19119 |
| 10/15/2018 12:06:01 PM | Western Union | $200.00 | 33318288 | FERDINANO | 70723 |