UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00392-JMS-DLP |
| | ) | |
| WARDEN, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**Order to Show Cause**

Petitioner Alfred Bourgeois filed this habeas action pursuant to 28 U.S.C. § 2241 in which he challenges his death sentence and moves to stay his execution. This action will proceed as follows.

The United States has already been **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. It shall have **through October 18, 2019**, in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by Mr. Bourgeois should not be granted. Mr. Bourgeois shall have **through November 15, 2019**, in which to reply. The Court does not anticipate extending these deadlines absent extraordinary circumstances.

The parties' response and reply briefs must address both the question of whether Mr. Bourgeois can proceed under § 2241 and the merits of his claims. The parties must also address Mr. Bourgeois' pending motion to stay his execution as part of the briefs due on the above dates rather than briefing the motion separately.

Petitioner's motion for leave to proceed *in forma pauperis*, dkt. [2], is **granted**.

**IT IS SO ORDERED.**

Date: 8/22/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org

Officer of the United States Attorney to be notified by Electronic Service