UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Cause No.   2:19-cv-00392-JMS-DLP |
| | ) | |
| WARDEN, et al, | ) | |
| | ) | |
| Respondents. | ) | |

NOTICE OF APPEARANCE OF CO-COUNSEL

The government advises the Court and all parties that Special Assistant United States Attorney Paula C. Offenhauser hereby enters her appearance as co-counsel for the Respondents. Assistant United States Attorney Brian Reitz will remain lead counsel.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   s/ Paula C. Offenhauser
Paula C. Offenhauser
Special Assistant United States Attorney
Office of the United States Attorney
1000 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9364
Fax: (713) 718-3302
E-mail: Paula.Offenhauser@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on August 22, 2019, a copy of the foregoing NOTICE OF APPEARANCE OF CO-COUNSEL was filed electronically.   Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

s/ Paula C. Offenhauser
Paula C. Offenhauser
Special Assistant United States Attorney
Office of the United States Attorney
1000 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9364
Fax: (713) 718-3302
E-mail: Paula.Offenhauser@usdoj.gov
