UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00392-JMS-DLP |
| | ) | |
| WARDEN, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**Order Requiring Periodic Updates Regarding Execution Protocol Litigation**

Petitioner is party to ongoing litigation regarding the federal execution protocol in the United States District Court of the District of Columbia.  Petitioner shall file a notice with the Court on **September 30, 2019**, and every **ninety days thereafter** setting forth the status of that litigation and how, if at all, it impacts any issues in this litigation.  If Petitioner's execution date is stayed in that litigation, Petitioner shall have **seven days** from the date the stay is issued to file a notice with the Court informing it of the stay.

**IT IS SO ORDERED.**

Date: 8/29/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Paula Camille Offenhauser
OFFICE OF THE UNITED STATES ATTORNEY
paula.offenhauser@usdoj.gov

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org