# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | : | CIVIL ACTION |
| | : | (Capital Habeas Corpus) |
| Petitioner, | : | |
| | : | Case No. 2:19-cv-392-JMS-DLP |
| V. | : | |
| | : | **CAPITAL CASE** |
| SUPERINTENDENT, USP–Terre Haute, | : | **EXECUTION SCHEDULED FOR** |
| UNITED STATES OF AMERICA, | : | **JANUARY 13, 2020** |
| | : | |
| Respondents. | : | |

## NOTICE

Pursuant to this Court's August 29, 2019, Order, Petitioner Alfred Bourgeois offers this notice setting forth the status of his ongoing lethal injection litigation and how, if at all, this litigation impacts proceedings in the above captioned case.

Mr. Bourgeois is among the plaintiffs in the case of *In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases* in the United States District Court for the District of Columbia, Case Nos. 19-mc-00145-TSC (consolidated case), No. 12-cv-0782-TSC (original action filed by Mr. Bourgeois). The scheduling order in that case provides for Mr. Bourgeois and the other plaintiffs to conduct discovery, and thereafter to file an amended complaint on or before March 31, 2020. On August 29, 2019, Mr. Bourgeois moved for a preliminary injunction with respect to his scheduled execution. That motion has been fully briefed by the parties but not yet resolved by the court.

At this time, counsel for Mr. Bourgeois do not believe that the lethal injection case has

any impact on the above captioned proceedings. No stay of execution has been issued in Mr. Bourgeois's lethal injection litigation. In the event that a stay is entered in the lethal injection proceedings, the government may appeal that ruling. Additionally, the disposition of the lethal injection proceedings does not affect the merits of the claim for relief raised in Mr. Bourgeois's habeas corpus petition. Consequently, the habeas corpus claim will need to be resolved regardless of the outcome of the lethal injection litigation.

                                          Respectfully submitted,

                                          */s/ Peter Williams*
                                          Peter Williams
                                          Victor J. Abreu
                                          Katherine Thompson
                                          Federal Community Defender Office
                                          for the Eastern District of Pennsylvania
                                          Capital Habeas Corpus Unit
                                          Suite 545 West—The Curtis Center
                                          Philadelphia, PA 19106
                                          215–928–0520
                                          Victor_Abreu@fd.org
                                          Katherine_Thompson@fd.org
                                          Pete_Williams@fd.org

Dated: September 30, 2019

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this date, a copy of the within document has been caused to be served upon the following party via electronic filing at the address listed below:

Paula C. Offenhauser
Assistant United States Attorney
U.S. Attorney's Office for the
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN 46204

/s/ Peter Williams
Peter Williams
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West—The Curtis Center
Philadelphia, PA 19106
215–928–0520
Pete_Williams@fd.org

Dated: September 30, 2019