## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| ALFRED BOURGEOIS, | : | CIVIL ACTION |
|  | : | (Capital Habeas Corpus) |
| Petitioner, | : |  |
|  | : | Case No. 2:19–cv–392–JMS–DLP |
| V. | : |  |
|  | : | **CAPITAL CASE** |
| SUPERINTENDENT, USP–Terre Haute, | : | **EXECUTION SCHEDULED FOR** |
| UNITED STATES OF AMERICA, | : | **JANUARY 13, 2020** |
|  | : |  |
| Respondents. | : |  |
|  | : |  |

### NOTIFICATION OF PRELIMINARY INJUNCTION

Pursuant to this Court's August 29, 2019, Order, Petitioner Alfred Bourgeois, by and through undersigned counsel, notifies the Court as follows:

1.      Mr. Bourgeois is among the plaintiffs in the case of *In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases in the United States District Court for the District of Columbia*, Case Nos. 19–mc–00145–TSC (consolidated case), No. 12–cv–0782–TSC (original action filed by Mr. Bourgeois). The scheduling order in that case provides for Mr. Bourgeois and the other plaintiffs to conduct discovery, and thereafter to file an amended complaint on or before March 31, 2020. On August 29, 2019, Mr. Bourgeois moved for a preliminary injunction with respect to his scheduled execution.

2.      On August 29, 2019, this Court ordered that Petitioner notify the Court within seven days if the United States Southern District Court of the District of Columbia ("D.C. District Court") grants his motion for preliminary injunction. [Filing No. 8 at 1.]

1

3.      On November 20, 2019, the D.C. District Court granted the motions for preliminary injunction filed by four individuals, including Mr. Bourgeois. *See* Case 1:19–mc– 00145–TSC, Filing No. 51 at 1 (Nov. 20, 2019).

4.      On November 21, 2019, the Government filed a notice of appeal from the D.C. District Court's preliminary injunction order to the United States Court of Appeals for the District of Columbia Circuit. *See* Case 1:19–mc–00145–TSC, Filing No. 52 at 1 (Nov. 21, 2019). On the same day, the Government also filed a motion to stay the preliminary injunction order pending appeal. *See* Case 1:19–mc–00145–TSC, Filing No. 53 at 6 (Nov. 21, 2019). In support of that motion, the Government submitted a declaration from Rick Winter, Regional Counsel for the North Central Region of the Federal Bureau of Prisons ("BOP"), the agency responsible for implementing Petitioner's execution. *See* Case 1:19–mc–00145–TSC, Filing No. 54 at 1 (Nov. 21, 2019). According to Mr. Winter, the BOP "intends to continue[] making necessary arrangements" to execute Mr. Bourgeois on January 13, 2020, notwithstanding the preliminary injunction order. *Id.* at 1–2.

5.      On November 22, 2019, the D.C. District Court issued a minute order denying the Government's motion to stay the preliminary injunction pending appeal, which has been docketed as *In re: In the Matter of Federal Bureau of Prisons' Execution Protocol Cases* (D.C. Cir. Case No. 19–5322). On November 25, 2019, the Government filed an "emergency motion" asking the Court of Appeals to stay or vacate the preliminary injunction.

6.      At this time, counsel for Mr. Bourgeois do not believe that the lethal injection litigation has any immediate impact on the habeas corpus proceedings currently before the Court. The Government has appealed the D.C. District Court ruling. Additionally, the disposition of the lethal injection proceedings does not affect the merits of the claim for relief raised in Mr.

2

Bourgeois's habeas corpus petition. Consequently, counsel respectfully submit that the habeas corpus claim will need to be resolved regardless of the outcome of the lethal injection litigation, and should proceed in accordance with any schedule set by the Court. As previously noted, counsel will be available if the Court believes that oral argument will assist in its resolution of this matter. [Filing No. 11 at 49.]

Respectfully submitted,

*/s/ Peter Williams*
Peter Williams
Victor J. Abreu
Katherine Thompson
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West—The Curtis Center
Philadelphia, PA 19106
215–928–0520
Victor_Abreu@fd.org
Katherine_Thompson@fd.org
Pete_Williams@fd.org

Dated: November 25, 2019

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this date, a copy of the within document has been

caused to be served upon the following party via electronic filing at the address listed below:

Paula C. Offenhauser
Assistant United States Attorney
U.S. Attorney's Office for the
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN 46204

*/s/ Peter Williams*
Peter Williams
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West—The Curtis Center
Philadelphia, PA 19106
215–928–0520
Pete_Williams@fd.org

Dated: November 25, 2019