IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

*FILED*

DEC 02 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | : | CIVIL ACTION |
| | : | (Capital Habeas Corpus) |
| Petitioner, | : | |
| | : | Case No. 2:19-cv-00392-JMS-DLP |
| V. | : | |
| | : | CAPITAL CASE |
| SUPERINTENDENT, USP–Terre Haute, | : | EXECUTION SCHEDULED FOR |
| UNITED STATES OF AMERICA, | : | JANUARY 13, 2020 |
| | : | |
| Respondents. | : | |
| | : | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), **Victor Abreu** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Alfred Bourgeois** in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): **United States District Court for the Eastern District of Pennsylvania (admitted 2017).**

2. I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. I have been informed that the fee required to process this motion for admission *pro hac vice* has been waived.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only. A proposed order is attached.

November 27, 2019                    Respectfully submitted,

                                     /s/ *Victor Abreu*
                                     Victor Abreu
                                     Federal Community Defender Office
                                     for the Eastern District of Pennsylvania
                                     Capital Habeas Corpus Unit
                                     Suite 545 West—The Curtis Center
                                     Philadelphia, PA 19106
                                     215–928–0520
                                     victor_abreu@fd.org

## CERTIFICATE OF SERVICE

I certify that on **November 27, 2019,** a copy of the foregoing Motion to Appear *Pro Hac Vice* been caused to be served upon the following parties via first class mail at the address listed below:

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-226-6333
Fax: 317-226-6125
Email: brian.reitz@usdoj.gov

Paula Camille Offenhauser
OFFICE OF THE UNITED STATES ATTORNEY
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002
713-567-9364
Fax: 713-718-3302
Email: paula.offenhauser@usdoj.gov

                                   */s/ Victor Abreu*
                                   Victor Abreu
                                   Federal Community Defender Office
                                   for the Eastern District of Pennsylvania
                                   Capital Habeas Corpus Unit
                                   Suite 545 West—The Curtis Center
                                   Philadelphia, PA 19106
                                   215–928–0520
                                   victor_abreu@fd.org