# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

## SUITE 545 WEST -- THE CURTIS
## 601 WALNUT STREET
## PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| *LEIGH M. SKIPPER*<br>CHIEF FEDERAL DEFENDER | PHONE NUMBER (215) 928-0520<br>FAX NUMBER    (215) 928-0826<br>FAX NUMBER    (215) 928-3508 | *HELEN A. MARINO*<br>FIRST ASSISTANT FEDERAL<br>DEFENDER |

November 29, 2019

U.S. District Court
Clerk's Office
Room 105
46 East Ohio Street
Indianapolis, IN  46204

Re:   *Alfred Bourgeois v. Superintendent, USP-Terre Haute, et al.*
    No.:   **2:19-CV-00392-JMS-DLP**

Dear Sir/Madam:

Enclosed please find my Motion to Appear Pro Hac Vice in connection with the above-referenced matter.  Please return a timestamped copy to me in the self-addressed stamped envelope provided.

Should you have any questions or require any additional information, please do not hesitate to contact me.

Respectfully,


Victor Abreu

Enclosures

VA/mm