IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | : | CIVIL ACTION (Capital Habeas Corpus) |
| Petitioner, | : | |
| | : | Case No. 2:19-cv-00392-JMS-DLP |
| V. | : | |
| | : | CAPITAL CASE |
| SUPERINTENDENT, USP–Terre Haute, UNITED STATES OF AMERICA, | : | EXECUTION SCHEDULED FOR JANUARY 13, 2020 |
| | : | |
| Respondents. | : | |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Victor Abreu**, counsel for

**Alfred Bourgeois**, for leave to appear and participate *pro hac vice* in the above-captioned cause

only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

**Victor Abreu**
**Federal Community Defender Office**
**for the Eastern District of Pennsylvania**
**Capital Habeas Corpus Unit**
**Suite 545 West—The Curtis Center**
**Philadelphia, PA 19106**
**215–928–0520**
**victor_abreu@fd.org**

Dated: _____

_____
[Name of Judge]
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
      Victor Abreu
      Federal Community Defender Office
      for the Eastern District of Pennsylvania
      Capital Habeas Corpus Unit
      Suite 545 West—The Curtis Center
      Philadelphia, PA 19106
      215–928–0520
      Victor_Abreu@fd.org