NEOPOST
FIRST-CLASS MAIL
11/29/2019
US POSTAGE $001.30


ZIP 19106
041L11255662

Victor Abreu, Esq.

## FEDERAL COMMUNITY DEFENDER OFFICE
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Capital Habeas Unit

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA
SUITE 545 WEST - CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

To

U.S. District Court
Clerk's Office
Room 105
46 East Ohio Street
Indianapolis, IN 46204

RECEIVED

DEC 02 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIAN