**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

FILED

DEC 02 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

|  |  |  |
|---|---|---|
| ALFRED BOURGEOIS, | : | **CIVIL ACTION**<br>**(Capital Habeas Corpus)** |
| Petitioner, | : | |
| | : | **Case No. 2:19-cv-00392-JMS-DLP** |
| V. | : | |
| | : | **CAPITAL CASE** |
| SUPERINTENDENT, USP–Terre Haute,<br>UNITED STATES OF AMERICA, | : | **EXECUTION SCHEDULED FOR**<br>**JANUARY 13, 2020** |
| | : | |
| Respondents. | : | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), **Katherine Cleary Thompson** respectfully

requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as

counsel on behalf of **Alfred Bourgeois** in the above-styled cause only.  In support of this motion,

the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as

an attorney) in the following United States court(s) and/or state's highest court(s): **United States**

**District Court for the Eastern District of Pennsylvania (admitted 2017).**

2. I have **never** been disbarred or suspended from practice before any court, department,

bureau or commission of any state or the United States. I have **never** received a reprimand or

been subject to other disciplinary action from any such court, department, bureau or commission

pertaining to conduct or fitness as a member of the bar.

3.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  I have been informed that the fee required to process this motion for admission *pro hac vice* has been waived.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only. A proposed order is attached.

November 27, 2019                              Respectfully submitted,


                                              /s/ *Katherine C. Thompson*
                                              Katherine C. Thompson
                                              Federal Community Defender Office
                                              for the Eastern District of Pennsylvania
                                              Capital Habeas Corpus Unit
                                              Suite 545 West—The Curtis Center
                                              Philadelphia, PA 19106
                                              215–928–0520
                                              Katherine_Thompson@fd.org

## CERTIFICATE OF SERVICE

I certify that on **November 27, 2019,** a copy of the foregoing Motion to Appear *Pro Hac Vice* been caused to be served upon the following parties via first class mail at the address listed below:

> Brian L. Reitz
> UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
> 10 West Market Street
> Suite 2100
> Indianapolis, IN 46204
> 317-226-6333
> Fax: 317-226-6125
> Email: brian.reitz@usdoj.gov
>
> Paula Camille Offenhauser
> OFFICE OF THE UNITED STATES ATTORNEY
> Southern District of Texas
> 1000 Louisiana, Suite 2300
> Houston, TX 77002
> 713-567-9364
> Fax: 713-718-3302
> Email: paula.offenhauser@usdoj.gov

> */s/ Katherine C. Thompson*
> Katherine C. Thompson
> Federal Community Defender Office
> for the Eastern District of Pennsylvania
> Capital Habeas Corpus Unit
> Suite 545 West—The Curtis Center
> Philadelphia, PA 19106
> 215–928–0520
> Katherine_Thompson@fd.org