# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS
601 WALNUT STREET
PHILADELPHIA, PA 19106

| *LEIGH M. SKIPPER*<br>CHIEF FEDERAL DEFENDER | PHONE NUMBER (215) 928-0520<br>FAX NUMBER (215) 928-0826<br>FAX NUMBER (215) 928-3508 | *HELEN A. MARINO*<br>FIRST ASSISTANT FEDERAL DEFENDER |
|---|---|---|

November 29, 2019

U.S. District Court
Clerk's Office
Room 105
46 East Ohio Street
Indianapolis, IN 46204

Re:  *Alfred Bourgeois v. Superintendent, USP-Terre Haute, et al.*
No.:  **2:19-CV-00392-JMS-DLP**

Dear Sir/Madam:

Enclosed please find my Motion to Appear Pro Hac Vice in connection with the above-referenced matter.  Please return a timestamped copy to me in the self addressed stamped envelope provided.

Should you have any questions or require any additional information, please do not hesitate to contact me.

Respectfully,


Katherine Cleary Thompson

Enclosures

KCT/mm