## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | | |
|---|---|---|
| **ALFRED BOURGEOIS,** | : | **CIVIL ACTION**<br>(Capital Habeas Corpus) |
| **Petitioner,** | : | |
| | : | **Case No. 2:19-cv-00392-JMS-DLP** |
| **V.** | : | |
| | : | **CAPITAL CASE** |
| **SUPERINTENDENT, USP–Terre Haute,** | : | **EXECUTION SCHEDULED FOR** |
| **UNITED STATES OF AMERICA,** | : | **JANUARY 13, 2020** |
| | : | |
| **Respondents.** | : | |
| | : | |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Katherine Cleary Thompson,**

counsel for **Alfred Bourgeois,** for leave to appear and participate *pro hac vice* in the above-

captioned cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby

is, GRANTED.

Applicant's contact information should be entered as follows:
**Katherine Cleary Thompson**
**Federal Community Defender Office**
**for the Eastern District of Pennsylvania**
**Capital Habeas Corpus Unit**
**Suite 545 West—The Curtis Center**
**Philadelphia, PA 19106**
**215–928–0520**
Katherine_Thompson@fd.org

Dated: _____

_____
[Name of Judge]
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
        Katherine Cleary Thompson
        Federal Community Defender Office
        for the Eastern District of Pennsylvania
        Capital Habeas Corpus Unit
        Suite 545 West—The Curtis Center
        Philadelphia, PA 19106
        215–928–0520
        Katherine_Thompson@fd.org