NEOPOST     FIRST-CLASS MAIL
11/29/2019
US POSTAGE $001.30⁰

ZIP 19106
041L11255662

*Katherine Thompson, Esq*

**FEDERAL COMMUNITY DEFENDER OFFICE
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
Capital Habeas Unit
FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA
SUITE 545 WEST - CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

To

U.S. District Court
Clerk's Office
Room 105
46 East Ohio Street
Indianapolis, IN   46204

RECEIVED

DEC 02 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, IN.