UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00392-JMS-DLP |
| | ) | |
| WARDEN, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER</u>

This matter has come before the Court on motion of Victor Abreu of the

Federal Community Defender Office for the Eastern District of Pennsylvania

Capital Habeas Corpus Unit, seeking an order granting leave to appear *pro hac vice*

for the purpose of appearing as counsel on behalf of the Plaintiff, Alfred Bourgeois,

in the above-styled cause only (Dkt. 13). Being fully advised, the Motion is hereby

**GRANTED**.

Applicant's contact information should be entered as follows:

Victor Abreu
Federal Community Defender Office
For the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
T: (215) 928-0520
Victor_abreu@fd.org

Applicant shall register for electronic filing, as required by Local Rule 5-3, within ten (10) days of the entry of this Order.

So ORDERED.

Date: 12/10/2019

_Doris L. Pryor_

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

> Victor Abreu
> Federal Community Defender Office
> For the Eastern District of Pennsylvania
> Capital Habeas Corpus Unit
> Suite 545 West – The Curtis Center
> Philadelphia, PA 19106