UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ALFRED BOURGEOIS,                          )
                                           )
                    Petitioner,            )
                                           )
        v.                                 )        No. 2:19-cv-00392-JMS-DLP
                                           )
WARDEN, et al.                             )
                                           )
                    Respondents.           )

**Order Staying Execution of Alfred Bourgeois**

The Court concluded in an order issued on this date that Petitioner Alfred Bourgeois has

demonstrated that he is entitled to a stay of his execution.  Alfred Bourgeois's execution is

therefore **stayed**.  The Warden of the United States Penitentiary in Terre Haute, Indiana and the

United States of America are prohibited from executing Alfred Bourgeois unless and until the

Court lifts the stay of execution.

        **IT IS SO ORDERED.**

        Date: 3/10/2020

                                           Hon. Jane Magnus-Stinson, Chief Judge
                                           United States District Court
                                           Southern District of Indiana

Distribution:

Victor Abreu
Federal Community Defender Office
victor_abreu@fd.org

Paula Camille Offenhauser
OFFICE OF THE UNITED STATES ATTORNEY
paula.offenhauser@usdoj.gov

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov

Katherine Thompson
Federal Community Defender Office
katherine_thompson@fd.org

Peter Konrad Williams
Federal Community Defender Office
pete_williams@fd.org