# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | § | |
| Petitioner, | § | |
| v. | § | No. 2:19-cv-00392-JMS-DLP |
| | § | |
| WARDEN, et al. | § | |
| Respondents. | § | |

## ORDER

This matter is before the Court on the Respondent's Motion for Leave to File a Surreply to Petitioner's Reply in Support of Petition for Writ of Habeas Corpus and Motion for Stay of Execution. (Doc. No. 20). For the reasons stated in said motion, the Court GRANTS said motion (Doc. No. 20) and permits the filing of the Respondent's Surreply (Doc. No. 21).

IT IS SO ORDERED on this date: _____

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.