# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

ALFRED BOURGEOIS,               §
    Petitioner,               §
v.                              §   No. 2:19-cv-00392-JMS-DLP
                                §
WARDEN, et al.                  §
    Respondents.              §

## ORDER

This matter is before the Court on the Respondent's Motion to Reconsider its Order Staying Execution of Petitioner Alfred Bourgeois. (Doc. No. 22).  For the reasons stated in said motion and Respondent's Motion for Leave to File a Surreply (Doc. No. 20) and Respondent's Surreply (Doc. No. 21), the Court GRANTS Respondent's motion to reconsider (Doc. No. 22) and DENIES Petitioner Bourgeois's motion to stay his execution with prejudice.

IT IS SO ORDERED on this date: _____.


_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana


Distribution to all registered counsel via electronic notification.