**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| | : | |
| ALFRED BOURGEOIS, | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | |
| | : | Case No. 2:19-cv-392-JMS-DLP |
| V. | : | |
| | : | **CAPITAL CASE** |
| SUPERINTENDENT, USP–Terre Haute, | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**STATUS REPORT**

Pursuant to this Court's Order of August 29, 2019 [Filing No. 8], Petitioner Alfred Bourgeois offers this notice setting forth the status of his ongoing lethal injection litigation and how, if at all, this litigation impacts proceedings in the above captioned case.

1.     Mr. Bourgeois is among the plaintiffs in the case of *In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases* in the United States District Court for the District of Columbia, Case No. 19-mc-00145-TSC (consolidated case), Case No. 12-cv-0782-TSC (original action filed by Mr. Bourgeois). Mr. Bourgeois and the other plaintiffs have conducted a series of court-ordered depositions pursuant to Fed. R. Civ. P. 30(b)(6), and the amended scheduling order provides for the plaintiffs to file an amended complaint on or before June 1, 2020.

2.     On November 20, 2019, the United States District Court for the District of Columbia granted Mr. Bourgeois's motion for preliminary injunction, in addition to the motions for preliminary injunction filed by three additional prisoners with then-scheduled executions. [Filing No. 50, Case No. 19-mc-00145-TSC (D.D.C. Aug. 29, 2019)]. The Government's appeal

of the preliminary injunction remains pending in the DC Circuit Court of Appeals, which held oral argument on January 15, 2020. *See Fed. Bureau of Prisons' Execution Protocol Cases*, Case No. 19-5322 (D.C. Cir.).

3.      As explained in the previous status report [Filing No. 17], counsel for Mr. Bourgeois do not believe that the lethal injection case has any immediate impact on these proceedings. Although a preliminary injunction currently bars Mr. Bourgeois's execution, the Government has appealed the issuance of that injunction, and litigation regarding the injunction is ongoing before the D.C. Circuit Court of Appeals. In its December 23, 2019 brief filed before the D.C. Circuit, the Government stated that, if the preliminary injunction were to be vacated, it intends to promptly reschedule the enjoined executions. [Filing No. 1821389, *Fed. Bureau of Prisons' Execution Protocol Cases*, Case No. 19-5322 (D.C. Cir. Dec. 23, 2019), at 2 ("If this Court vacates the injunction currently preventing the government from carrying out plaintiffs' sentences, the government intends to promptly reschedule the improperly blocked executions … .")].

4.      The Government's previously-stated intention to reschedule Mr. Bourgeois's execution is now additionally constrained by this Court's entry of a stay of execution. [Filings Nos. 18, 19 (Orders of March 10, 2020)]. The Government has moved for reconsideration of that order, as well as for leave to file a surreply in opposition to Mr. Bourgeois's already-granted motion for stay. [Filing Nos. 20, 22]. Counsel are preparing a response in opposition to both motions at this time.

Respectfully submitted,

*/s/ Peter Williams*

Peter Williams
Victor J. Abreu
Katherine Thompson
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West—The Curtis Center
Philadelphia, PA 19106
215–928–0520
Victor_Abreu@fd.org
Katherine_Thompson@fd.org
Pete_Williams@fd.org

Dated: March 26, 2020

3

## CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that on this date, a copy of the above document has been

caused to be served upon the following parties via electronic filing:

Paula C. Offenhauser
Assistant United States Attorney
U.S. Attorney's Office for the
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN 46204

/s/ Peter Williams
Peter Williams
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West—The Curtis Center
Philadelphia, PA 19106
215–928–0520
Pete_Williams@fd.org

Dated: March 26, 2020