**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

|  |  |  |
|---|---|---|
|  | : |  |
| ALFRED BOURGEOIS, | : | CIVIL ACTION |
|  | : | (Capital Habeas Corpus) |
| Petitioner, | : |  |
|  | : | Case No. 2:19-cv-392-JMS-DLP |
| V. | : |  |
|  | : | **CAPITAL CASE** |
| SUPERINTENDENT, USP–Terre Haute, | : |  |
| UNITED STATES OF AMERICA, | : |  |
|  | : |  |
| Respondents. | : |  |
|  | : |  |

**PETITIONER'S UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME
TO RESPOND TO RESPONDENTS' MOTION FOR LEAVE TO FILE
A SURREPLY AND MOTION FOR RECONSIDERATION
OF THE COURT'S ORDER GRANTING A STAY OF EXECUTION**

Petitioner Alfred Bourgeois respectfully moves for a 21-day extension of time, up to and including April 27, 2020, to respond to Respondents' pending motions for reconsideration and for leave to file a surreply (Filing Nos. 20, 22). Petitioner states as follows in support of his motion:

1.      Petitioner is a federally death-sentenced prisoner who was previously scheduled for execution on January 13, 2020. In these proceedings brought under 28 U.S.C. § 2241, Petitioner seeks relief on his claim that he is intellectually disabled and therefore ineligible for the death penalty under the Eighth Amendment as well as the Federal Death Penalty Act, specifically 18 U.S.C. § 3596(c).

2.      On March 10, 2020, the Court granted Petitioner's motion for stay of execution, finding that Petitioner had demonstrated a substantial likelihood of success on the merits of his claim under the FDPA, and that the remaining considerations governing a stay justified its

issuance. *See* Filing Nos. 18, 19.

3.      On March 23, 2020, Respondents filed a motion seeking reconsideration of the Court's entry of a stay, as well as a motion for leave to file a surreply in further opposition to the already-granted motion for stay. *See* Filing Nos. 20, 22. Respondents additionally filed a surreply and asked that its substance be considered as part of the motion for reconsideration. *See* Filing No. 21; Filing No. 22 at 4 n.2.

4.      Petitioner's response in opposition to the pending motions is currently due April 6, 2020. *See* Local Rule 7-1(c)(3)(A).

5.      Petitioner seeks an extension of 21 days not only in light of competing obligations in other death penalty cases, but especially on account of substantial complications and delays relating to the COVID-19 pandemic. As this Court is aware, the ongoing efforts to limit the spread of the coronavirus have resulted in unprecedented limitations on travel, public gatherings, and personal interaction. In the first half of March, the Governor of the State of Pennsylvania declared a statewide emergency over the spread of the COVID-19. The CDC and the Pennsylvania Department of Health implemented mandatory social distancing, prohibited large gatherings, and requested that the population refrain from non-essential travel. The United States District Court for the Eastern District of Pennsylvania, as well as this Court and many others, have issued orders closing their physical operations to the public. The Governor of Pennsylvania as well as the Mayor of Philadelphia have ordered the closure of all non-essential businesses and have directed residents to remain at home unless they are purchasing food or medicine or engaging in other "life-sustaining" activities.

6.      Consistent with the state and local closures, on March 16, 2020, undersigned counsel's office, the Federal Community Defender, ceased normal operations and instituted a

work-at-home policy for virtually all employees. Due to increased community spread of the virus and the stay-at-home order for Philadelphia, this policy was further revised, and no employees are permitted into the Federal Community Defender Office building at the current time. Although counsel have made efforts to work around the current restrictions, those restrictions necessarily make our work more cumbersome and time-consuming.

7.    Counsel for Petitioner have contacted opposing counsel, who states that Respondents do not oppose the requested extension. *See* Local Rule 6-1(a)(4).

8.    Pursuant to Local Rule 7-1(d), a proposed order has been filed alongside this motion.

WHEREFORE, for all the foregoing reasons, Petitioner respectfully requests that the Court grant him an extension of 21 days, up to and including April 27, 2020, to file a response in opposition to Respondents' motion for leave to file a surreply in opposition to Petitioner's motion for stay, as well as Respondents' motion for reconsideration of the stay order.

Respectfully submitted,

*/s/ Peter Williams*
Peter Williams
Victor J. Abreu
Katherine Thompson
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West—The Curtis Center
Philadelphia, PA 19106
215–928–0520
Victor_Abreu@fd.org
Katherine_Thompson@fd.org
Pete_Williams@fd.org

Dated: April 2, 2020

## CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that on this date, a copy of the above document has been caused to be served upon the following parties via electronic filing:

Paula C. Offenhauser
Assistant United States Attorney
U.S. Attorney's Office for the
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN 46204

/s/ Peter Williams
Peter Williams
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West—The Curtis Center
Philadelphia, PA 19106
215–928–0520
Pete_Williams@fd.org

Dated: April 2, 2020