**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

|  |  |  |
|---|---|---|
| ALFRED BOURGEOIS, | : | CIVIL ACTION |
|  | : | (Capital Habeas Corpus) |
| Petitioner, | : |  |
|  | : | Case No. 2:19-cv-392-JMS-DLP |
| V. | : |  |
|  | : | **CAPITAL CASE** |
| SUPERINTENDENT, USP–Terre Haute, | : |  |
| UNITED STATES OF AMERICA, | : |  |
|  | : |  |
| Respondents. | : |  |
|  | : |  |

## <u>ORDER</u>

For good cause shown, the Court hereby GRANTS Petitioner's motion for an extension of time to file a response in opposition (a) to Respondents' motion for leave to file a surreply in opposition to Petitioner's motion for stay of execution, and (b) to Respondent's motion for reconsideration of the Court's order granting a stay of execution. Petitioner may file his response to these motions on or before April 27, 2020.

IT IS SO ORDERED.

_____
Date

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

## CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that on this date, a copy of the above document has been

caused to be served upon the following parties via electronic filing:

Paula C. Offenhauser
Assistant United States Attorney
U.S. Attorney's Office for the
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN 46204

/s/ Peter Williams
Peter Williams
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West—The Curtis Center
Philadelphia, PA 19106
215–928–0520
Pete_Williams@fd.org

Dated: April 2, 2020