# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| | : | |
| ALFRED BOURGEOIS, | : | CIVIL ACTION |
| | : | (Capital Habeas Corpus) |
| Petitioner, | : | |
| | : | Case No. 2:19-cv-392-JMS-DLP |
| V. | : | |
| | : | **CAPITAL CASE** |
| SUPERINTENDENT, USP–Terre Haute, | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondents. | : | |
| | : | |

## ORDER

For good cause shown, the Court hereby GRANTS Petitioner's motion for an extension of time to file a response in opposition (a) to Respondents' motion for leave to file a surreply in opposition to Petitioner's motion for stay of execution, and (b) to Respondent's motion for reconsideration of the Court's order granting a stay of execution [26]. Petitioner may file his response to these motions on or before April 27, 2020.

IT IS SO ORDERED.

Date: 4/2/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution:**

Paula C. Offenhauser
Assistant United States Attorney
U.S. Attorney's Office for the
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002
paula.offenhauser@usdoj.gov

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN 46204
brian.reitz@usdoj.gov

Peter Williams
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West—The Curtis Center
Philadelphia, PA 19106
215–928–0520
Pete_Williams@fd.org

Katherine Thompson
Victor Abreu
Federal Community Defender Office
For the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West
The Curtis Center
Philadelphia, PA 19106
(215) 928-0520
katherine_thompson@fd.org
victor_abreu@fd.org