UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | § | **CAPITAL CASE** |
| Petitioner, | § | |
| v. | § | No. 2:19-cv-00392-JMS-DLP |
| | § | |
| SUPERINTENDENT, | § | |
| USP—Terre Haute, | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondents. | § | |

## NOTICE OF APPEAL

Notice is hereby given that the Respondent in the above-named case hereby appeals pursuant to 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Seventh Circuit from the orders entered by this Court on March 10, 2020, staying Petitioner's execution, Dkt. 18 and 19, and from the order entered on May 27, 2020, denying Respondent's Motion to Reconsider the Order Staying Execution and Respondent's Motion for Leave to File a Surreply, Dkt. 20, 22, and 29.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   s/ Paula C. Offenhauser
PAULA C. OFFENHAUSER
Special Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9102
E-mail:  Paula.Offenhauser@usdoj.gov

By:    s/ Brian Reitz
        BRIAN REITZ
        Assistant United States Attorney
        Office of the United States Attorney
        10 W. Market St., Suite 2100
        Indianapolis, Indiana 46204-3048
        Telephone: (317) 226-6333
        E-mail: Brian.Reitz@usdoj.gov

        *Attorneys for Respondent*

2

## CERTIFICATE OF SERVICE

I certify that on May 28, 2020, a copy of the foregoing Notice of Appeal was filed electronically.  Service of this filing will be made on the following ECF-registered counsel by operation of the court's electronic filing system:

Victor J. Abreu
Federal Community Defender Office
For the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Victor_Abreu@fd.org

Katherine Thompson
Federal Community Defender Office
For the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Katherine_Thompson@fd.org

Peter Williams
Federal Community Defender Office
For the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Pete_Williams@fd.org


s/ Paula C. Offenhauser
PAULA C. OFFENHAUSER
Special Assistant United States Attorney
E-mail:  Paula.Offenhauser@usdog.gov