**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| | : | |
| ALFRED BOURGEOIS, | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | |
| | : | Case No. 2:19-cv-392-JMS-DLP |
| V. | : | |
| | : | **CAPITAL CASE** |
| SUPERINTENDENT, USP–Terre Haute, | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**STATUS REPORT**

Pursuant to this Court's Order of August 29, 2019 [Filing No. 8], Petitioner Alfred

Bourgeois offers this notice setting forth the status of his ongoing lethal injection litigation and

how, if at all, this litigation impacts proceedings in the above captioned case.

1.     Mr. Bourgeois is among the plaintiffs in the case of *In the Matter of the Federal*

*Bureau of Prisons' Execution Protocol Cases* in the United States District Court for the District

of Columbia, Case No. 19-mc-00145-TSC (consolidated case), Case No. 12-cv-0782-TSC

(original action filed by Mr. Bourgeois). The prisoner-plaintiffs filed their amended complaint on

June 1, 2020.

2.     As noted in previous status reports, on November 20, 2019, the district court

granted Mr. Bourgeois's motion for preliminary injunction, in addition to the motions for

preliminary injunction filed by three additional prisoners with then-scheduled executions. [Filing

No. 50, Case No. 19-mc-00145-TSC (D.D.C. Aug. 29, 2019)]. The Government appealed this

ruling and, on April 7, 2020, the United States Court of Appeals for the District of Columbia

Circuit vacated the district court's preliminary injunction. *See In re Fed. Bureau of Prisons*

*Execution Protocol Cases*, 955 F.3d 106 (D.C. Cir. 2020) (opinion issued April 7, 2020; mandate issued June 12, 2020). On June 15, 2020, after the D.C. Circuit issued its mandate, the Government announced execution dates against plaintiffs Daniel Lee (for July 13), Wesley Purkey (July 15), Dustin Honken (July 17), and Keith Nelson (August 28). The Government did not schedule an execution date against Mr. Bourgeois. On June 19, 2020, the four plaintiffs with execution dates moved for a preliminary injunction on claims that the Government's execution protocol is arbitrary and capricious under the Administrative Procedure Act, that it violates the Eighth Amendment, that it contravenes federal drug statutes, and that it violates the prisoners' right to counsel. The prisoners have requested an evidentiary hearing on the motion, and the district court has ordered expedited briefing.

3.      In the meantime, proceedings are pending in the Supreme Court concerning the execution dates that the Government scheduled for December 2019 and January 2020, including that of Mr. Bourgeois. The Supreme Court is currently considering a petition for certiorari, and an application to stay the D.C. Circuit's mandate, following the latter court's vacatur of the preliminary injunction issued by the district court. The Court expedited the petition for certiorari, which it was expected to consider during its conference of June 26. *Bourgeois et al. v. Barr et al.* (U.S., Case Nos. 19-1348, 19A1050).

Respectfully submitted,

*/s/ Peter Williams*
Peter Williams
Victor J. Abreu
Katherine Thompson
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West—The Curtis Center
Philadelphia, PA 19106
215–928–0520
Victor_Abreu@fd.org
Katherine_Thompson@fd.org
Pete_Williams@fd.org

Dated: June 26, 2020

## CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that on this date, a copy of the above document has been

caused to be served upon the following parties via electronic filing:

Paula C. Offenhauser
Assistant United States Attorney
U.S. Attorney's Office for the
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN 46204

*/s/ Peter Williams*
Peter Williams
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West—The Curtis Center
Philadelphia, PA 19106
215–928–0520
Pete_Williams@fd.org

Dated: June 26, 2020