IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| ALFRED BOURGEOIS, | : | CIVIL ACTION |
| Petitioner, | : | |
| V. | : | Case No. 2:19-cv-392-JMS-DLP |
| | : | **CAPITAL CASE** |
| SUPERINTENDENT, USP–Terre Haute, UNITED STATES OF AMERICA, | : | |
| Respondents. | : | |

**STATUS REPORT**

Pursuant to this Court's Order of August 29, 2019 [Filing No. 8], Petitioner Alfred Bourgeois offers this notice setting forth the status of his ongoing lethal injection litigation and how, if at all, this litigation impacts proceedings in the above-captioned case.

1.    Mr. Bourgeois is among the plaintiffs in the case of *In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases* in the United States District Court for the District of Columbia, Case No. 19-mc-00145-TSC (consolidated case), Case No. 12-cv-0782-TSC (original action filed by Mr. Bourgeois). The prisoner-plaintiffs filed their amended complaint on June 1, 2020.

2.    As noted in previous status reports, on November 20, 2019, the district court granted Mr. Bourgeois's motion for preliminary injunction, in addition to the motions for preliminary injunction filed by three additional prisoners with then-scheduled executions. [Filing No. 50, Case No. 19-mc-00145-TSC (D.D.C. Aug. 29, 2019)]. The Government appealed this ruling and, on April 7, 2020, the United States Court of Appeals for the District of Columbia Circuit vacated the district court's preliminary injunction. *See In re Fed. Bureau of Prisons*

*Execution Protocol Cases*, 955 F.3d 106 (D.C. Cir.), *cert. denied sub nom. Bourgeois v. Barr*, 19-1348, 2020 WL 3492763 (U.S. June 29, 2020). Subsequent to the D.C. Circuit's ruling, the Government has carried out the executions of Daniel Lee (July 14), Wesley Purkey (July 16), Dustin Honken (July 17), Lezmond Mitchell (August 26), Keith Nelson (August 28), and William LeCroy (September 22). The execution of Christopher Vialva is scheduled for September 24, 2020 but has not taken place as of this writing.

3. On August 15, 2020, the court dismissed the prisoners' Eighth Amendment claim, other than as-applied claims based on the medical condition of specific prisoners. [Filing No. 193, Case No. 19-mc-00145-TSC (D.D.C. Aug. 29, 2019)]. The prisoners' motion to alter or amend judgment under Rule 59(e) remains pending.

4. On September 20, 2020, the court dismissed or granted summary judgment against the remainder of the prisoners' claims, other than a claim that the Government's execution protocol violates the Food, Drug and Cosmetic Act, 21 U.S.C. § 301 *et seq.* [Filing No. 261, Case No. 19-mc-00145-TSC (D.D.C. Aug. 29, 2019)]. On that particular claim, the court granted summary judgment in favor of the prisoners. The court nevertheless declined to enter a permanent injunction, finding that the prisoners had not established that the Government's statutory violation subjected them to irreparable harm. The court did not resolve prisoner-specific claims of irreparable harm, which Mr. Bourgeois did not specifically assert.

5. Counsel does not believe that the lethal injection proceedings affect the proceedings in this case or the Government's appeal of this Court's order staying Mr. Bourgeois's execution.

Respectfully submitted,

*/s/ Peter Williams*

Peter Williams
Victor J. Abreu
Katherine Thompson
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West—The Curtis Center
Philadelphia, PA 19106
215–928–0520
Victor_Abreu@fd.org
Katherine_Thompson@fd.org
Pete_Williams@fd.org

Dated: September 24, 2020

3

## CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that on this date, a copy of the above document has been

caused to be served upon the following parties via electronic filing:

Paula C. Offenhauser
Assistant United States Attorney
U.S. Attorney's Office for the
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002

Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN 46204

/s/ Peter Williams
Peter Williams
Federal Community Defender Office
for the Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West—The Curtis Center
Philadelphia, PA 19106
215–928–0520
Pete_Williams@fd.org

Dated: September 24, 2020